ROBERT ANASTASIO *v.* MAIL CONTRACTORS OF
AMERICA, INC., ET AL.

The petition for certification by the defendants Mail
Contractors of America, Inc., and Vanliner Insurance
Company for appeal from the Appellate Court, 69 Conn.
App. 385 (AC 20019), is denied.

*Jason M. Dodge*, in support of the petition.

*J. Sarah Posner*, assistant attorney general, in oppo-
sition.

Decided September 5, 2002

STATE OF CONNECTICUT *v.* HERMAN VAN ECK

The defendant's petition for certification for appeal
from the Appellate Court, 69 Conn. App. 482 (AC 20595),
is denied.